UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:21-cr-00579-1 |
| Plaintiff, | : | ORDER |
| v. | : | |
| TODD B. CUMBERLEDGE, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On February 6, 2024, the Court denied Defendant Todd Cumberledge's 28 U.S.C. § 2255 motion.[1] Because reasonable jurists would not find the Court's conclusion debatable for the reasons given in the Court's February 6 Order, the Court **DENIES** a certificate of appealability as to all of Cumberledge's § 2255 claims.[2]

IT IS SO ORDERED.

Dated: February 9, 2024

s/     James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 48.
[2] See *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).